UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN FOCHE,

    Plaintiff,

v.                                                             CASE NO.  8:14-vc-2871-T-26TGW

NAPA HOME & GARDEN, INC., *et al.*,

    Defendants.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is ordered and adjudged that the Defendant The Fresh Market, Inc.'s Motion to Compel Answers to Interrogatories and Responses to Request to Produce (Dkt. 54) is **denied without prejudice** for failure to comply with the requirements of Local Rule 3.01(g).  This Court requires counsel filing the motion to confer *personally* with opposing counsel in a good faith effort to resolve discovery disputes before filing the motion.  Defendant's counsel shall confer *personally* with Plaintiff's counsel within the next seven (7) days in a good faith effort to resolve the issue raised in the motion.  Plaintiff's counsel is directed to make himself available for such a *personal* conference.  In the event Defendant is required to refile the motion, counsel are put on notice that the Court will schedule an expedited hearing on an expedited basis and that any counsel or party determined not to have acted in good faith will be subject to the imposition of sanctions.

    **DONE AND ORDERED** at Tampa, Florida, on October 13, 2015.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record